

# Fourth Court of Appeals
## San Antonio, Texas

December 3, 2015

No. 04-15-00364-CR

Joe William **MEURET,** Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. 14-CRD-07
Honorable Ana Lisa Garza, Judge Presiding

# O R D E R

    We **GRANT** the State's request for an extension of time and **ORDER** the State to file appellant's brief on or before January 29, 2016.  We advise the State that **no further extensions of time will be considered or granted without written proof of extraordinary circumstances**.

_____
Marialyn Barnard, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of December, 2015.

_____
Keith E. Hottle
Clerk of Court